IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | | |
|---|---|---|
| FABBIAN DONTA SCOTT | § | |
| VS. | § | CIVIL ACTION NO. 1:21-CV-620 |
| ZENA STEPHENS, SHERIFF | § | |

MEMORANDUM ORDER PARTIALLY ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Petitioner, Fabbian Donta Scott, a pre-trial detainee formerly confined at the Jefferson County Jail, proceeding *pro se*, brings this petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.

The Court referred this matter to the Honorable Christine Stetson, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this Court. The Magistrate Judge recommends granting Respondent's Motion for Summary Judgment, in part [Dkt. 27].

The Court has received and considered the Report and Recommendation of United States Magistrate Judge filed pursuant to such order, along with the record, and pleadings. No objections to the Report and Recommendation of United States Magistrate Judge have been filed to date. Furthermore, a copy of the Report and Recommendation sent to Petitioner was returned as undeliverable [Dkt. 28]. Petitioner has failed to update the Court with his current address and has prevented the Court from being able to communicate with him. *See* FED. R. CIV. P. 41(b).

ORDER

Accordingly, the findings of fact and conclusions of law of the Magistrate Judge are correct, and the report of the Magistrate Judge is PARTIALLY ADOPTED, to the extent it recommends dismissal. A Final Judgment will be entered in this case in accordance with the Magistrate Judge's

recommendations.

**SIGNED this 11th day of September, 2023.**

_____
Michael J. Truncale
United States District Judge